1902.) Action by Cocco Venanzio, by his guardian, etc., against Levi C. Wier, as president, etc. No opinion. Motion denied.

VOLLKOMER, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Joseph Vollkomer against the Pennsylvania Railroad Company. No opinion. Judgment of the municipal court affirmed, with costs.

VOORHEES et al., Respondents, v. MAIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by James L. Voorhees and another against Charles R. Main and another. No opinion. Judgment and order of county court affirmed, with costs.

VROOMAN v. SCHENECTADY RY. CO. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Jacob V. Vrooman against the Schenectady Railway Company.

PER CURIAM. Order (77 N. Y. Supp. 889) reversed, with $10 costs and disbursements, and motion to vacate injunction denied with $10 costs. Injunction modified by striking out that part thereof which reads as follows: "And that they be further enjoined and restrained, until the further order of the court, from interfering with the removal of the railroad poles and wires and the restoration of the street by the plaintiff herein,"—upon opinion in Paige v. Railway Co. (decided herewith) 79 N. Y. Supp. 266.

KELLOGG, J., dissenting.

In re WARTMAN. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) In the matter of the disbarment of John W. Wartman, an attorney, etc. No opinion. Referee's report confirmed, and respondent removed and disbarred from practice.

WEIBRICK, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. December 3, 1902.) Action by William Weibrick against the state of New York. No opinion. Judgment of the court of claims unanimously affirmed, with costs.

WENK, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by Theodore Wenk against the city of New York and others. No opinion. Motion denied. The application upon the remittitur from the court of appeals should be made at special term.

WETMORE v. WETMORE. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Annette B. W. Wetmore against William B. Wetmore. No opinion. Motion denied, with $10 costs.

WHITE et al., Respondents, v. DUNLEVIE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 16,

1902.) Action by Hugh White and others against Ernest V. Dunlevie and others. No opinion. Motion to dismiss appeal denied, with out costs. Interlocutory judgment affirmed, with costs.

WHITE, Appellant, v. LYON BROS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by William N. White against the Lyon Bros. Company. F. B. Campbell, for appellant. C. Caldwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WHITMYRE v. SCHENECTADY RY. CO. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Charles L. Whitmyre against the Schenectady Railway Company.

PER CURIAM. Order (77 N. Y. Supp. 889) reversed, with $10 costs and disbursements, and motion to vacate injunction denied, with $10 costs. Injunction modified by striking out that part thereof which reads as follows: "And that they be further enjoined and restrained, until the further order of the court, from interfering with the removal of the railroad poles and wires and the restoration of the street by the plaintiff herein,"—upon opinion in Paige v. Railway Co. (decided herewith) 79 N. Y. Supp. 266.

KELLOGG, J., dissenting.

WHITNEY, Appellant, v. PLATZ et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by Oscar N. Whitney, as assignee of the People's Building Loan & Savings Association, against Nicholas B. Platz and another. No opinion. Judgment and order affirmed, with costs.

CHASE, J., not voting.

WILEMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Hattie Wileman against the Metropolitan Street Railway Company. C. F. Brown, for appellant. W. D. Tyndall, for respondent. No opinion. Judgment and order affirmed, with costs.

WILLIAMS et al. v. JAMES et al. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by William Williams and another against D. Willis James and others. No opinion. Motion granted, with $10 costs.

WINN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Frederick G. Winn against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

In re WISNER. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) In the matter of the disbarment of Ga-